# Court of Appeals
# of the State of Georgia

ATLANTA,  March 28, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1555.  YVONNE A. WARD v. U.S. BANK NATIONAL ASSOCIATION.**

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, defendant Yvonne A. Ward appealed to the superior court, which affirmed the issuance of a writ of possession in favor of plaintiff U.S. Bank National Association. Ward filed an application for discretionary appeal from the superior court's order, which we denied. See Case No. A19D0009 (denied Aug. 16, 2018).[1] Meanwhile, Ward filed a motion to stay or set aside the writ of possession, which the superior court also denied. Ward then filed the instant direct appeal. We, however, lack jurisdiction.

The underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335 (715 SE2d 752) (2011). Here, because Ward's motion seeking to stay or set aside the writ of possession originated in a de novo appeal from a magistrate court decision, Ward was required to follow the discretionary appeal procedures to obtain this Court's review. See OCGA § 5-6-35 (a) (1); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995).

---

[1] Ward initially filed her application for discretionary appeal in the Supreme Court of Georgia, which transferred the application to this Court. See Case No. S18D1400 (decided June 28, 2018).

Ward's failure to follow the proper appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*  03/28/2019
      *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ *, Clerk.*